UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81530-RKA

HOWARD COHAN,

    Plaintiff,

v.

SF Markets, LLC,
A Foreign Limited Liability Company
d/b/a SPROUTS FARMERS MARKET

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan, and Defendant, SF Markets, LLC, hereby notify the Court, that the Plaintiff and Defendant (collectively, "Parties") have resolved the matters in controversy in this action. It is anticipated that the Parties will file a stipulation and motion for dismissal with prejudice for the Court's approval within the next thirty (30) days.

| | |
|---|---|
| /s/ Gregory S. Sconzo | /s/ Merry E. Lindberg |
| Gregory S. Sconzo, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No. 0105553 | Florida Bar No. 308102 |
| The Law Office of Gregory S. Sconzo, P.A. | Ford & Harrison LLP |
| 5080 PGA Blvd., Suite 213 | 1450 Centrepark Blvd., Suite 325 |
| Palm Beach Gardens, FL  33418 | West Palm Beach, FL  33401 |
| Telephone:  (561) 729-0940 | Telephone:  (561) 345-7505 |
| Email:  greg@sconzolawoffice.com | Email:  mlindberg@fordharrison.com |
| *Attorneys for Plaintiff* | Luis A. Santos, Esq. |
| | Florida Bar No. 84647 |
| | Ford & Harrison LLP |
| | 101 E. Kennedy Blvd., Suite 900 |
| | Tampa, Florida 33602 |
| | Telephone: (813) 261-7800 |
| | Email: lsantos@fordharrison.com |
| | *Attorneys for Defendant* |

*Cohan v. SF Markets, LLC*
Case No. 9:19-cv-81530-RKA
Joint Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Gregory S. Sconzo, Esq., The Law Office of Gregory S. Sconzo, P.A., 5080 PGA Blvd., Suite 213, Palm Beach Gardens, FL 33418.

/s/ Merry E. Lindberg
Merry E. Lindberg, Esq.
Florida Bar No. 308102